# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137459

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 137459
                                    COA: 286487
                                    Macomb CC: 07-004654-FH

DARRYL LAVERNE JONES,
      Defendant-Appellant.

_____/

      By order of February 4, 2009, the application for leave to appeal the August 26, 2008 order of the Court of Appeals was held in abeyance pending the decision in *People v Jackson* (Docket No. 135888). On order of the Court, the case having been decided on July 10, 2009, 483 Mich 271 (2009), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH, J., would grant leave to appeal to reconsider *People v Idziak*, 484 Mich 549 (2009).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

Clerk

d0921